# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **STEVENSON JAIR PALLARES-TRUJILLO**  REG. # 62222-018 | : | **DOCKET NO. 2:18-cv-1284** |
| **VERSUS** | : | **JUDGE JAMES** |
| **DIRECTOR BUREAU OF PRISONS** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 51] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the instant petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Chambers this 11th day of February, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE